UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LISA FULLER AND VINCENT FULLER<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC,<br><br>　　　　　Defendant. | Civil Case No. 1:23-CV-01330-ADA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lisa Fuller and Vincent Fuller and Defendant Sanofi-Aventis U.S. LLC ("Sanofi"), hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Dated: March 12, 2025

Signed:

MCGARTLAND LAW FIRM PLLC

/s/ Michael P. McGartland
Michael P. McGartland
1300 S University Drive, Suite 500
Fort Worth, TX 76107
817/332-9300
Fax: 817/332-9301
Email: mike@mcgartland.com

***Counsel for Plaintiffs***

Signed:

SHOOK, HARDY & BACON L. L. P.

/s/ M. Scott Michelman
M. Scott Michelman
State Bar No.: 00797075
Email: mmichelman@shb.com
Norma N. Bennett
State Bar No. 24028492
Email: nbennett@shb.com
Shook, Hardy & Bacon, L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
***Counsel for Defendants Sanofi U.S.***
***Services Inc. and Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          */s/ Norma N. Bennett*
                                                         Norma N. Bennett